# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| RUDY W. MOORE, | : No. 27 EM 2018 |
| Petitioner | : |
| v. | : |
| PENNSYLVANIA DEPT. OF CORRECTIONS, AND MR. M. D. OVERMYER, SUPERINTENDENT OF SCI FOREST, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of April, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus, the "Motion to Add Additional Complaint" and the "Motion for Order of Default and Order of Discharge" are DENIED.